**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | **MDL No. 2:18-mn-2873-RMG**<br><br>**This Document Relates to**<br><br>**This Document Relates to All Actions Referenced in Exhibit A to This Notice.** |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiffs initiated the above-referenced actions against Defendant Perimeter Solutions, LP ("Perimeter Solutions"). Perimeter Solutions has not answered or moved in response to those complaints. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss the above-referenced actions against Perimeter Solutions LP without prejudice. Plaintiffs reserve their rights against all other defendants named in the above-referenced cases.

October 23rd, 2026

Respectfully submitted,

*/s/ Kyle A. Dingman*

Kyle A. Dingman
Themis Law PLLC
901 S. MoPac Expressway, Bldg. II
Suite 275
Austin, TX 78746
Phone: (512) 727-3432
Email: kdingman@themislawpllc.com

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 23rd, 2026, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/ Kyle Dingman*
Kyle Dingman

## EXHIBIT A

| Case Name | Case Number | Plaintiff Name |
|---|---|---|
| Gary Lee Russell v. 3M Company et al | 2:24-cv-07161-RMG | Gary L. Russell |
| William Jackson Rycroft v. 3M Company et al | 2:25-cv-06736-RMG | William J. Rycroft |
| Andre Savage v 3M Company et al | 2:25-cv-08118-RMG | Andre Savage |
| Albert Schindler v. 3M Company et al | 2:24-cv-07225-RMG | Albert Schindler |
| Schunk v. 3M Company et al | 2:25-cv-10107-RMG | Michael J. Schunk |
| Robert Duane Seybold v. 3M Company et al | 2:25-cv-00594-RMG | Robert D. Seybold |
| John Frederick Sines v. 3M Company et al | 2:25-cv-08322-RMG | John F. Sines |
| Hubert Walter Smigelski, Jr. v. 3M Company et al | 2:25-cv-09408-RMG | Hubert W. Smigelski, Jr. |
| Kenneth Alan Smith v. 3M Company et al | 2:24-cv-07227-RMG | Kenneth A. Smith |
| Scott Smith v. 3M Company et al | 2:25-cv-08823-RMG | Scott D. Smith |
| Kevin Scott Stanfield v. 3M Company et al | 2:25-cv-02204-RMG | Kevin S. Stanfield |
| Allen Kenneth Stanka v. 3M Company et al | 2:25-cv-07401-RMG | AllenK. Stanka |
| Steven Alan Stokely Sr. v. 3M Company et al | 2:25-cv-06341-RMG | Steven A. Stokely, Sr. |
| David Allen Swarm v. 3M Company et al | 2:25-cv-05332-RMG | David A. Swarm |
| Kent Lenard Swartz v. 3M Company et al | 2:25-cv-07955-RMG | Kent L. Swartz |
| LG Demetrious Thompson v. 3M Company et al | 2:25-cv-06738-RMG | LG D. hompson |
| Kevin John Toomey v. 3M Company et al | 2:25-cv-10670-RMG | Kevin J. Toomey |
| Trayner v. 3M Company et al | 2:25-cv-09774-RMG | Brendon C. Trayner |
| Reginald Charles Treider v. 3M Company et al. | 2:24-cv-07716-RMG | Reginald C. Treider |
| Billy Joe Tubbs v. 3M Company et al | 2:25-cv-03292-RMG | Billy J. Tubbs |
| Susan Valliere v. 3M Company et al | 2:24-cv-07257-RMG | Robert D. Valliere |

| | | |
|---|---|---|
| Walker v. 3M Company et al | 2:25-cv-09717-RMG | Robert E. Walker |
| Karol Kay Wallace-Walbancke v. 3M Company et al | 2:25-cv-08476-RMG | Karol K. Wallace-Walbancke |
| Wear v. 3M Company et al | 2:25-cv-10077-RMG | Michael K. Wear |
| Thomas Gary Willa v. 3M Company et al | 2:24-cv-07231-RMG | Thomas G. Willa |
| Williams v. 3M Company et al | 2:25-cv-10513-RMG | Robert L. Williams |
| Ronald Williams v. 3M Company et al | 2:24-cv-05564-RMG | Ronald T. Williams |
| Michelle Wilson-Zeigler v. 3M Company et al | 2:25-cv-08819-RMG | Michelle Wilson-Zeigler |
| La Donna Kay Yodice v. 3M Company et al | 2:25-cv-07614-RMG | La Donna K. Yodice |